# United States Court of Appeals
# for the Fifth Circuit

United States Court of Appeals
Fifth Circuit

**FILED**
June 3, 2021

Lyle W. Cayce
Clerk

No. 20-10871
Summary Calendar

UNITED STATES OF AMERICA,

*Plaintiff—Appellee*,

*versus*

KOREY J. JONES,

*Defendant—Appellant*.

Appeal from the United States District Court
for the Northern District of Texas
USDC No. 4:20-CR-64-1

Before HIGGINBOTHAM, JONES, and COSTA, *Circuit Judges*.

PER CURIAM:*

Korey Jones pleaded guilty to one count of illegally possessing a firearm in violation of 18 U.S.C. §§ 922(g)(1) and 924(a)(2).  On appeal, he challenges the district court's denial of a motion to suppress evidence obtained during a search of his residence pursuant to a state-issued warrant.

---

* Pursuant to 5TH CIRCUIT RULE 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIRCUIT RULE 47.5.4.

No. 20-10871

Jones argues that the search warrant affidavit omitted material facts and that it lacked indicia of probable cause that contraband would be found at his residence.

Reviewing the district court's factual findings for clear error and legal conclusions de novo, *United States v. Cavazos*, 288 F.3d 706, 709 (5th Cir. 2002), we hold that the affidavit provided sufficient facts to support the issuance of the warrant and that any omissions or misrepresentations therein were not material to the finding of probable cause. *See United States v. Davis*, 226 F.3d 346, 351 (5th Cir. 2000); *United States v. Satterwhite*, 980 F.2d 317, 321 (5th Cir. 1992).

Accordingly, the district court's judgment is AFFIRMED.